

SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>MULVADI CORPORATION,<br><br>     Debtor | Bk. No. 22-00855<br>(Chapter 11) (Subchapter V)<br><br>[Related to dkt. ## 141] |

**ORDER APPROVING APPLICATION FOR AUTHORIZATION TO USE MEDIATOR AND TO AUTHORIZE PAYMENT, NUNC PRO TUNC PURSUANT TO SECTION 363(B)**

Based upon the *Application for Authorization to Use Mediator and to Authorize Payment, Nunc Pro Tunc, Pursuant to Section 363(b)* (the "Motion"),[1] filed by MULVADI CORPORATION, the debtor and the debtor-in-possession (the "Debtor") herein on August 11, 2023 as dkt. #141, the Declaration of Mark LeHocky in support of the Motion; and the Declaration of Allison A. Ito verifying that no objections or requests for a hearing on the Motion were filed on or before August 28, 2023, the date set for filing objections, the Court finding that (a) it has

---

[1] Capitalized terms not herein defined shall have the meaning set forth in the Motion.

82601

jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) notice of the Motion was proper and sufficient under the circumstances, and (c) no objections were filed to the Motion, and (d) that final approval of the Motion would be in the best interests of the estate and its creditors, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Motion is granted.

2. The Debtor is authorized to engaged the services of Mark LeHocky of ADR Services, Inc. as an independent mediator, *nunc pro tunc* to May 10, 2023.

3. The Debtor is authorized to pay a total $14,750.00 in fees to ADR Services Inc. for services rendered in connection with three mediation sessions (including *nunc pro tunc* approval for a payment of $6,350.00 previously made on or about May 1, 2023), and to pay the remaining $8,400.00 balance.

**END OF ORDER**

Submitted by:

CHOI & ITO
CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii  96813
Telephone:  (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com

Attorneys for Debtor and Debtor-in-Possession

2