CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
cchoi@hibklaw.com
aito@hibklaw.com

Attorneys for Debtor
and Debtor-in-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>MULVADI CORPORATION,<br><br>     Debtor and Debtor-in-<br>     Possession.<br><br>87063 | Bk. No. 22-00855<br>(Chapter 11)<br><br>Hearing:<br><br>Date:  September 18, 2023<br>Time:  2:00 p.m.<br>Judge: Hon. Robert J. Faris<br><br>[Related to dkt # 90] |

# DECLARATION OF STEVEN MULGREW IN SUPPORT OF CONFIRMATION OF SMALL BUSINESS DEBTOR'S PLAN OF REORGANIZATION

I, STEVEN MULGREW, if called as a witness in this action, could and would testify competently of my own personal knowledge as follows:

1.    I am over the age of 18 years and I am competent to make this

1

U.S. Bankruptcy Court - Hawaii   #22-00855   Dkt # 149   Filed  09/05/23   Page 1 of 3

declaration and do so based on personal knowledge, except as otherwise indicated.

2.    I am the President of Mulvadi Corporation (the "Debtor").

3.    I make this declaration in support of the *Confirmation Brief for Small Business Debtor's Plan of Reorganization* (the "Confirmation Brief").  All capitalized terms not herein defined shall have the meaning set forth in the Confirmation Brief.

4.    I have reviewed the Confirmation Brief.  All of the factual assertions made therein with respect to the Debtor's business and this proceeding are true and correct to the best of my knowledge, information and belief.

5.    All of the Debtor's actions during the course of this Chapter 11 proceeding, including those in connection with formulating the Plan and amendments thereto, were made with the good faith goal of emerging promptly from this Chapter 11 proceeding.

6.    I believe that the Plan was proposed in good faith, with the legitimate and honest purposes of reorganizing the Debtor's business, while providing for all creditors to be paid in part.

7.    To the best of my knowledge, the Debtor has properly solicited votes on the Plan in good faith and in compliance with the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and have satisfied section 1129(a)(2) of the Bankruptcy Code.

U.S. Bankruptcy Court - Hawaii   #22-00855   Dkt # 149   Filed  09/05/23   Page 2 of 3

8.      The Debtor has adequate availability cash to make the payments under the Plan which are required to be paid on the Effective Date.

9.      I prepared the projections which were attached to the Plan.  The projections contemplate a modest increase in revenue.  I am confident that once the Plan is confirmed and the Debtor's balance sheet is deleveraged, the reorganized Debtor can focus its efforts on sales necessary to meet its projections and avoid any further financial reorganization or liquidation.

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Honolulu, Hawaii, September 5, 2023.

_____
Steven Mulgrew

U.S. Bankruptcy Court - Hawaii   #22-00855   Dkt # 149   Filed  09/05/23   Page 3 of 3