**LAW OFFICE OF WAYNE K. T. MAU**

Wayne K. T. Mau, HSBA # 003455
1003 Bishop Street
Pauahi Tower, Suite 320
Honolulu, Hawaii 96813
Telephone: (808) 380-8498
Email: wayne@wmaulaw.com

Michael M. Feinberg (*pro hac vice*)
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
Email:  mfeinberg@karrtuttle.com

*Attorneys for Interested Party/Creditor*
*KONA COFFEE FARMER PLAINTIFFS*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>MULVADI CORPORATION<br><br>       Debtor. | CASE NO. 22-00855<br>(Chapter 11)<br><br>**KONA COFFEE FARMER PLAINTIFFS' STATEMENT RE CONFIRMATION OF THE DEBTOR'S PLAN OF REORGANIZATION; EXHIBITS A & B**<br><br>Hearing<br>DATE: September 18, 2023<br>TIME:  2:00 p.m.<br>JUDGE: Honorable Robert J. Faris |

#544533 V1 / 72448-001

The Kona Coffee Farmer Plaintiffs ("Kona Farmer Plaintiffs"), class plaintiffs in United States District Court for the Western District of Washington at Seattle (the "District Court") *Bruce Corker et al, v. Costco Wholesale Corporation*, Case No. 2:19-v-00290-RSL, submit this statement in connection with the Debtor's Motion for Confirmation of its Plan of Reorganization, Dkt. 90.

1.     On July 19, 2023, this Court entered an Order Approving Trustee's Settlement Agreements, Dkt. 138 (the "Approval Order") approving (i) a Settlement Agreement between the Debtor and its principal, Steven Mulgrew and the Kona Farmer Plaintiffs ("Kona Farmer's Settlement") and (ii) a Comprehensive Settlement and Release between the Debtor and its principal, Steven Mulgrew and its insurance carrier, Allianz Global Corporate & Specially ("Allianz") which funds the Kona Farmer's Settlement. These two settlements are collectively referred to as the "Settlements." Both Settlements have as an express condition precedent to their effectiveness, approval of the Kona Farmer's Settlement by the District Court.

2.     In the Approval Order, in addition to approving the Settlements, the Bankruptcy Court granted relief from stay "to permit the District Court to consider approval of the [Kona Farmer's Settlement] and to enter and enforce any appropriate order in connection therewith."

#5445331 V1 / 72448-001

3. The Bankruptcy Court by minute order continued the Kona Famer Plaintiffs' pending Motion to Dismiss Case or Appoint Trustee, [Dkt #62] their Motion for Relief from Automatic Stay (Kona Coffee), [Dkt. #58] and the Debtor's Objection to Claim No. 1 [Dkt #91] to the Date of the Confirmation hearing.

4. On July 31, 2023, the District Court granted preliminary approval of the Kona Farmer's Settlement the and set a schedule for final approval of the agreement pursuant to the requirements Fed. R. Civ. P. 23(c)(1) and 23(c)(2)(B). A hearing for final approval is set for November 30, 2022. A copy of the District Court's Order is attached as Exhibit A.

5. To date, the District Court has granted final approval of all of the settlements that have been presented to it for approval. No objection has been filed to any of the settlement agreements and the Kona Farmer Plaintiffs have no reason to believe that the any objections will be filed to the Kona Farmer's Settlement or that the District Court will not approve it.

6. In view of this, the Debtor's counsel has proposed going forward with the confirmation hearing and asking the confirmation order be conditioned on final approval of the Kona Farmer's Settlement by the District Court. *See* Exhibit B. The Kona Farmer Plaintiffs have no objection to Debtor's counsel proposal.

#5445331 V1 / 72448-001

Dated: Honolulu, Hawaii on this 14th day of September, 2023.


/s/ Michael M. Feinberg
Michael M. Feinberg (*pro hac vice*)
**KARR TUTTLE CAMPBELL**
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  206-223-1313
Facsimile:  206-682-7100
mfeinberg@karrtuttle.com

*Attorneys for Interested Party/Creditor*
*KONA COFFEE FARMER*
*PLAINTIFFS*

/s/ Wayne K. T. Mau
Wayne K. T. Mau, HSBA # 003455
**LAW OFFICE OF WAYNE K. T. MAU**
1003 Bishop Street
Pauahi Tower, Suite 320
Honolulu, Hawaii 96813
Telephone: (808) 380-8498
wayne@wmaulaw.com

#544533 V1 / 72448-001